Argued and submitted June 12, reversed in part and remanded for award of attorney fees; otherwise affirmed August 21, 1991

In the Matter of the Compensation of
Carla J. Schrock, Claimant.

Carla J. SCHROCK,
*Petitioner,*

*v.*

SAIF CORPORATION
and Rock Of Ages Home,
*Respondents.*

(WCB 89-09148; CA A67012)

814 P2d 562

Charles D. Maier and Gatti, Gatti, Maier & Associates, Salem, filed the brief for petitioner.

Thomas E. Ewing, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Jerome Lidz, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

The Workers' Compensation Board did not err in upholding employer's denial of chiropractic treatment.

Employer rescinded its denial of ultrasound treatment at the hearing, and claimant sought attorney fees under ORS 656.386. After the Board's decision denying attorney fees, the legislature amended ORS 656.386 to allow for attorney fees in this type of situation. That amendment applies retroactively to cases in which the order was not final on or before the effective date of the act. SB 540, § 3 (1991).

Reversed in part and remanded for award of attorney fees; otherwise affirmed.